IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **ALLEN O'MALLEY**, on his own behalf and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**C&L MAINTENANCE, INC D/B/A CLM MIDWEST**,<br><br>Defendant. | Case No. 3:20-cv-571 |

## NOTICE OF FILING SETTLEMENT AGREEMENT FOR COURT APPROVAL

In accordance with this Court's June 17, 2021 Order, Defendant C&L Maintenance, Inc. d/b/a/ CLM Midwest ("Defendant") notifies the Court that CLM and Plaintiff Allen O'Malley ("Plaintiff") (collectively, the Parties) agree to file the proposed settlement agreement as a public record for the Court's approval. For the reasons set forth in the Parties' Joint Motion for Approval of Settlement (Dkt. 19), the Parties request that the Court approve the settlement because it represents a fair, reasonable and final resolution of Plaintiff's claim against the Defendant under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*

Dated: June 22, 2021

Respectfully submitted,
s/ *Thomas M. Wilde*
Thomas M. Wilde, Illinois Bar No. 6217048
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2400
Chicago, IL 60601
(312) 609-7500
(312) 609-5005 fax
twilde@vedderprice.com

Attorney for Defendant

VP/#51568012.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has caused a copy of the foregoing Notice of Filing Settlement Agreement for Court Approval to be served upon all parties of record on June 22, 2021 via this Court's electronic filing system.

*s/ Thomas M. Wilde*
Attorney for Defendant