UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ALLEN O'MALLEY, | ) |
| Plaintiff | ) ) ) ) |
| vs. | ) Cause No. 3:20-cv-571 RLM-MGG ) |
| C&L MAINTENANCE, INC., D/B/A CLM MIDWEST; | ) ) ) ) |
| Defendant | ) |

ORDER

The court finds the agreement a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 219(b). The joint motion to approve the settlement agreement [Doc. No. 19] is GRANTED.

SO ORDERED.

ENTERED:   June 28, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court